# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division


FILED
JAN -5 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**BLUEMARK, INC.,**

        Plaintiff,

v.                              **CIVIL ACTION NO. 2:09cv322**

**GEEKS ON CALL HOLDINGS, INC.,** *et al*,

        Defendants.

## ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiff's complaint regarding breach of contract, fraud, and Racketeer Influenced and Corrupt Organizations Act ("RICO") claims. On July 23, 2009, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation.

On June 5, 2009, Defendants filed a Motion to Dismiss and Motion to Transfer in the Alexandria Division of this Court. On July 7, 2009, Plaintiff filed its Opposition. The Honorable Claude M. Hilton transferred the case to Norfolk on July 10, 2009. On July 23, 2009 this Court referred Defendants' Motion to Dismiss to a United States Magistrate Judge. On November 19, 2009, the Magistrate Judge filed his report recommending that the case be dismissed without prejudice, and that Plaintiff reimburse Defendant for half the cost of obtaining

the transcript ordered by the Magistrate Judge. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 19, 2009, and it is, therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff is **ORDERED** to reimburse Defendant for half of the cost of obtaining the transcript ordered by the Court.

The Clerk shall mail a copy of this final Order to counsel for both parties.

**IT IS SO ORDERED.**

/s/

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
January 4, 2010